RALPH F. DARLING, Appellant, *v.* GEORGE V. P. SCHEU, Respondent.

Argued January 6, 1941; decided January 23, 1941.

*Thurman W. Stoner* for appellant.

*Wortley B. Paul* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.